IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GLENN SPRADLEY,

    Petitioner,

v.                                             CASE NO. 1:04-cv-00004-MP-AK

CHARLES J CRIST, JR,
AKR FLORIDA PAROLE COMMISSION,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendations of the Magistrate Judge, recommending that the Petition for Writ of Habeas Corpus filed by Glenn Spradley be denied, and the motion for Sanctions filed by Glenn Spradley also be denied. After being permitted an extension of time, the petitioner filed objections, which the Court has reviewed. The petitioner challenges the manner in which state officials denied him his Effective Parole Release Date and then the manner in which they continue to evaluate his eligibility for parole.

The Court agrees with the Magistrate Judge, however, that "[t]here is no constitutional right to parole in Florida." Jonas v. Wainwright, 779 F.2d 1576, 1577 (11th Cir.), cert. denied, 479 U.S. 830 (1986); Hunter v. Florida Parole & Probation Commission, 674 So. 2d 847, 848 (11th Cir. 1982)). Because there is no liberty interest in parole, there is generally no trigger to bring in the protections of the Due Process Clause. Hunter, 674 F.2d at 848 (rejecting claim that Commission improperly calculated presumptive parole release date and thus, violated due

process; holding that because there was no liberty interest in parole, there was no due process violation). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Motion for Sanctions (doc. 10) is denied; and

3.     This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *28th*   day of September, 2005

                  *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge